IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.:5:20-cr-7 |
| JAMES LAMAR MCGINTY, | |
| Defendant. | |

**O R D E R**

On September 10, 2021, the parties filed their Joint Status Report. Doc. 1099. In that Report, the parties state that all pretrial motions filed in this case as to Defendant James Lamar McGinty have been resolved. Accordingly, the Court **DENIES as moot** all motions, docs. 287-288, and docs. 290-291, as to Defendant James Lamar McGinty. The Motions Hearing scheduled for September 27, 2021 at 10:00 a.m. as to Defendant James Lamar McGinty is cancelled.

**SO ORDERED**, this 13th day of September, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA